**Max Goldenberg, trading as M. & J. Goldenberg, appellee, v. New Amsterdam Casualty Company, appellant. Gen. No. 25,060.**

Action on a burglary insurance policy. Judgment for plaintiff. Ap-

peal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed June 2, 1920.

Bulkley, More & Tallmadge, for appellant. Moses, Rosenthal & Kennedy, for appellee; Walter Bachrach and Hirsch E. Soble, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.